■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROY GRANT, Appellant. [643 NYS2d 403] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated January 13, 1992 (*People v Grant,* 179 AD2d 677), affirming a judgment of the Supreme Court, Queens County, rendered April 23, 1990.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Bracken, Rosenblatt and Sullivan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOYCE L. GREENE, Appellant. [643 NYS2d 403] —Appeal by the defendant from a judgment of the County Court, Dutchess County (Dolan, J.), rendered September 29, 1995, convicting her of criminal sale of a controlled substance in the fifth degree, upon her plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Bracken, J. P., Miller, Joy, Hart and Krausman, JJ., concur.